FILED
CHARLOTTE, NC

JUN 21 2016

US DISTRICT COURT
WESTERN DISTRICT OF NC

**"UNDER SEAL"**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
~~CHARLOTTE~~ STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 5:16CR29-RLV |
| | ) | |
| v. | ) | ORDER SEAL INDICTMENT |
| | ) | |
| ALEKSANDR SERGEYEVICH MUSIENKO | ) | |
| a/k/a "Oleksandr Serhiyovych Musiyenko" | ) | |
| aka "Robert Davis" | ) | |
| aka "Ply" | ) | |
| | ) | |
| Defendant. | ) | |

**UPON MOTION** of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

This the 21 day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE