IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CR-029-RLV-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ALEKSANDR MUSIENKO, ) a/k/a "Oleksandr Serhiyovych Musienko" ) a/k/a "Robert Davis" ) a/k/a "Ply" ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For The Limited Unsealing Of The Bill Of Indictment To Provide Information To Foreign Law Enforcement To Aid In The Apprehension Of The Defendant" (Document No. 6) filed August 31, 2018. Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For The Limited Unsealing Of The Bill Of Indictment To Provide Information To Foreign Law Enforcement To Aid In The Apprehension Of The Defendant" (Document No. 6) is **GRANTED**. The Bill of Indictment and the arrest warrants in this matter and the information contained within will be unsealed for the limited purpose of assisting domestic and foreign law enforcement, prosecutors, and judicial authorities with and in connection to the performance of their official duties, specifically the arrest and extradition of Defendant.

Signed: September 5, 2018

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.