IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO.: 5:16-cr-29-RLV-DCK |
| v. | ) | |
| | ) | |
| **ALEXSANDR MUSIENKO** | ) | **ORDER** |
| a/k/a "Oleksandr Serhiyovych Musienko" | ) | |
| a/k/a "Robert Davis" | ) | **Under Seal** |
| a/k/a "Ply" | ) | |
| | ) | |

## ORDER

For the reasons stated in the Government's Motion, the Motion will be granted, and the reissued arrest warrant in this matter and the information contained within will be unsealed for the limited purpose of assisting domestic and foreign law enforcement, prosecutors, and judicial authorities with and in connection to the performance of their official duties, specifically the arrest and extradition of Defendant.

12-27-18
DATE

THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA