IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CR-029-FDW-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEKSANDR MUSIENKO, ) <br> a/k/a "Oleksandr Serhiyovych Musienko" ) <br> a/k/a "Robert Davis" ) <br> a/k/a "Ply" ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal The Indictment" (Document No. 12) filed March 14, 2019, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, seeking an order directing that the Indictment in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that Plaintiff's "Motion To Unseal The Indictment" (Document No. 12) is **GRANTED**, and the above captioned case be unsealed.

The Clerk is directed, if applicable, to certify copies of this Order to Defense Counsel, the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: March 14, 2019

David C. Keesler
United States Magistrate Judge