# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 5:16-CR-029-KDB-DCK |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **ALEKSANDR MUSIENKO** | ) | **UNDER SEAL** |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion To Seal" (Document No. 49) filed August 13, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Consent Motion To Continue Sentence contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the United States' "Motion To Seal" (Document No. 49) is **GRANTED**, and the Consent Motion To Continue Sentence (Document No. 50) is sealed until further Order of this Court.

: August 14, 2020

David C. Keesler
United States Magistrate Judge