BY THE GRACE OF G-D

# Certificate of Completion

PRESENTED TO:

## Aleksandr Musienko

FOR HAVING SUCCESSFULLY COMPLETED THE

*"Aleph Champ - Hebrew Reading & Writing"*
*Correspondence Course*

PROVIDED BY
**THE ALEPH INSTITUTE**



RABBI AARON LIPSKAR, EXECUTIVE DIRECTOR

RABBI MENACHEM M. KATZ, DIRECTOR OF PRISON PROGRAMS